# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 18-68287-JWC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | KIM, YOO JIN | Date Filed (f) or Converted (c): | 10/31/2018 (f) |
| | | § 341(a) Meeting Date: | 12/04/2018 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 05/21/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2016 Honda Accord Sport, 60,000 miles<br>Notice of abandonment filed, Dkt # 18. | 16,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Bank of America | 220.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: Shinhan Bank | 700.00 | 0.00 | | 0.00 | FA |
| 6* | Avoidance Action Relating to Sale and Proceeds from Sale of Real Property in Oct 2017 (u) (See Footnote) | 0.00 | 1.00 | | 0.00 | 52,545.00 |
| 6 | **Assets Totals** (Excluding unknown values) | **$18,720.00** | **$1.00** | | **$0.00** | **$52,545.00** |

RE PROP# 6     Total of transfer identified as gifts in bank records is $52,545..

**Major Activities Affecting Case Closing:**

The Trustee has identified and will pursue avoidable transfers relating to the sale and transfer of the proceeds from the sale of Debtor's real property in Oct 2017.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2020 | **Current Projected Date Of Final Report (TFR):** | 12/31/2021 |
|---|---|---|---|

07/30/2020
Date

/s/S. Gregory Hays
S. Gregory Hays