# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

**Case No.:**  18-68287-JWC

**Case Name:**  KIM, YOO JIN

**For Period Ending:**  06/30/2021

**Trustee Name:**  (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  10/31/2018 (f)

**§ 341(a) Meeting Date:**  12/04/2018

**Claims Bar Date:**  05/21/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2016 Honda Accord Sport, 60,000 miles<br>Notice of abandonment filed, Dkt # 18. | 16,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Bank of America | 220.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: Shinhan Bank | 700.00 | 0.00 | | 0.00 | FA |
| 6* | Avoidance Action Relating to Sale and Proceeds from Sale of Real Property in Oct 2017 (u) (See Footnote) | 0.00 | 1.00 | | 0.00 | 52,545.00 |
| **6** | **Assets          Totals          (Excluding unknown values)** | **$18,720.00** | **$1.00** | | **$0.00** | **$52,545.00** |

RE PROP# 6          Adversary # 20-06193. Total of transfer identified as gifts in bank records is $52,545..

**Major Activities Affecting Case Closing:**

10/20/2020 - Trustee filed adversary case # 20-06193 against Kevin Dong Il Chang, Geum Hee Kim relating to pre-petition cash transfers to the defendants along with the transfer of 2876 Red Pine Ct. Duluth, GA 30096 to the defendants.  Adversary is still pending.

6/30/2021 Adversary case # 20-06193 against Kevin Dong Il Chang, Geum Hee Kim relating to pre-petition cash transfers to the defendants along with the transfer of 2876 Red Pine Ct. Duluth, GA 30096 to the defendants is still pending. Status hearing scheduled for August 4, 2021.

**Initial Projected Date Of Final Report (TFR):**          12/31/2020

**Current Projected Date Of Final Report (TFR):**          06/30/2022

07/30/2021
_____
Date

/s/S. Gregory Hays
_____
S. Gregory Hays